FILED

SEP 13 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of Attorneys Suspended or
Disbarred by the State Bar of California,

Case No.:  **21MC1313**

**Order to Show Cause**

The Court has received notice that the following attorneys have been disbarred, suspended, or placed on the inactive list by the State Bar of California:

Suspension:

Wendell Jamon Jones (CA Bar #202302)
Jack Howard Karpeles (CA Bar #134478)
Joseph Miranda Hoats (CA Bar #141599)
Joseph Patrick Augustine (CA Bar #182021)
Glenn Frederick Baity (CA Bar #180277)
Debra Lynn Barkley (CA Bar # 153087)
Michael Bard Bayer (CA Bar #157044)
Jaison T. Benjamin (CA Bar #239596)
Barbara Louise Bollero (CA Bar #135189)
Timothy Owen Brackney (CA Bar #207671)
Gary Dale Britton (CA Bar #171844)
Adam Ryan Brown (CA Bar #281325)
Scott Rommel Cadzow (CA Bar #135274)
Ashley E. Calhoun (CA Bar #270530)
Scott Reynolds Carter (CA Bar #246590)

Christopher Charles Cayce (CA Bar #114033)
Richard Allen Chapo (CA Bar #160433)
Jeffrey Ralph Cluett (CA Bar #200327)
Debra Cohen-Whelan (CA Bar #149175)
Rocky Kent Copley (CA Bar #101628)
Cynthia Dawn Crennell (CA Bar # 137819)
Peter Wheaton Devereaux (CA Bar # 119666)
Norman Charles Dobin (CA Bar #167670)
Lauren Marie Dobbs (CA Bar # 247973)
David Alan Dodge II (CA Bar #230662)
John Joseph Doherty (CA Bar #070663)
Valerie Jean Dolan (CA Bar #139165)
Nicholas Dale Doucet (CA Bar #134256)
Kenley Charles Dygert (CA Bar #287573)
Mark Philip Edelman (CA Bar #156862)
Matthew James Erausquin (CA Bar #255217)
Brian E. Farrow (CA Bar #179577)
Jamie Beth Feuerman (CA Bar #160306)
Michael R. Finstad (CA Bar#306514)
Frederic Ray Fletcher (CA Bar #238038)
Alexander S. Gareeb (CA Bar #207473)
Marilyn Lindsay George (CA Bar # 119232)
Kenneth James Gerard (CA Bar #053590)
Robert John Gibbons (CA Bar #314653)
William Joseph Glenn (CA Bar #155576)
Jason M. Goldberg (CA Bar # 219212)
Robert David Goldschein (CA Bar #093865)
Jason Michael Gonder (CA Bar #257522)
David Martin Gray (CA Bar #116772)
James William Green (CA Bar #204877)
Danielle Marie Griffith (CA Bar # 219319)
Robert Griscom (CA Bar #157229)
David Alan Hall (CA Bar #117098)
Mark Allan Hammer (CA Bar #132958)
Joel Emery Hand (CA Bar #139061)
Dale Frederick Hardeman (CA Bar #190167)
Robert Denton Harder (CA Bar #061418)
Amber Leigh Harley (CA Bar #245060)
Albert R. Hausauer, Jr. (CA Bar #103706)
Per Eric Hellstrom (CA Bar #159493)
Randall S. Henderson (CA Bar #121731)
Joseph Miranda Hoats (CA Bar #141599)

Jack Chien-Long Huang (CA Bar #242193)
Daniel William Humbarger (CA Bar #269030)
Matthew James Hunter (CA Bar #221631)
Stephen Ross Hurley (CA Bar 159220)
Mary Kay Jackson (CA Bar #118898)
James Randolph Jefferis (CA Bar #170175)
Paul Ortega Jolis (CA Bar #207323)
Stephen Tian Li Kam (CA Bar #327576)
Robert Craig Kazer (CA Bar #076970)
Jeffrey Hong Kim (CA Bar #218305)
Samuel Robert King (CA Bar #204898)
Donald Scott Kirkner (CA Bar #193681)
Lonnie Loren Kocontes (CA Bar #164226)
Brent Anthony Lawrence (CA Bar #175264)
Marc Alan Legget (CA Bar #132997)
Richard Joseph Lewis (CA Bar #216591)
Arthur Paul Lindars (CA Bar #064341)
Andrea Kathleen Lockhart (CA Bar #199987)
Dalton Edward Lucas (CA Bar # 112687)
Jack Barry Ludin (CA Bar #125947)
Martin Frank Majestic (CA Bar # 046954)
Alison Jeanne Maloof (CA Bar #249635)
Lynne Ann Maraschiello (CA Bar # 153563)
Michael David Mazur (CA Bar #182390)
Julie M. McCoy (CA Bar #129640)
John William McGinnis (CA Bar #216276)
Michael J. Medina (CA Bar #042564)
Michon Kristine Menke (CA Bar #163279)
Alan Louis Mohill (CA Bar #057836)
Edmund Edward Mozulay (CA Bar #099076)
Gregory Andrew Muir (CA Bar #106077)
Paula Jean Negley (CA Bar #189451)
Allison Joyce Nelson (CA Bar #111867)
Daniel Arthur Neustrom (CA Bar 144343)
Elizabeth Dee Noble (CA Bar #248792)
Patricia Dean O'Connell (CA Bar #189031)
Ilugbekhai John Ozekhome (CA Bar #272470)
Octavio Adrian Pedroza (CA Bar #178369)
Oscar Ramon Perez (CA Bar #106183)
Bradford Perry (CA Bar #135032)
Francis Xavier Rapprich III (CA bar #150862)
Justin E. Rawlins (CA Bar #209915)

Taryn Spelliscy Rawson (CA Bar #277341)
Raymond Charles Reed (CA Bar 108842)
Michael Suzek Robinson (CA Bar #217190)
Salvador Salgado (CA Bar #175094)
S. Alan Sandler (CA Bar #139469)
Rory Allen Schermerhorn (CA Bar #238634)
Thomas Devries Schofield (CA Bar #112054)
Andrew Taylor Schoppe (CA Bar # 235297)
Timothy Tully Scott (CA Bar #126971)
W. Ronald Seabold (CA Bar #084712)
Timothy Sears (CA Bar #205832)
Sanford Senen (CA Bar #108578)
Roopal Ramesh Shah (CA Bar #181323)
Taryn Essig Short (CA Bar #295809)
Mark Leonard Shurtleff (CA Bar #140463)
Steve Orrin Sidener (CA Bar #121062)
Eric Broch Simon (CA Bar #160077)
James Kalman Smith (CA Bar #106342)
Richard Alan Smith (CA Bar #062835)
Teresa Elizabeth Smith (CA Bar #176944)
Gregory Paul Spano (CA Bar #141718)
Renee Lee Stasio (CA Bar #185669)
Sterling James Stires (CA Bar #199218)
Paul Gary Szumiak (CA Bar #109982)
Adam Johnson Thurston (CA Bar #162636)
Jackie Jobyna Wayman (CA Bar #153025)
Karen Dale Webber (CA Bar #165142)
Nelson Jay Werner (CA Bar #140834)
James W, Whitehouse (CA Bar #193256)
Rory Richard Wicks (CA Bar #085340)
Michele Ann Williams-Meyer (CA Bar #138228)
Risa Beth Winograd (CA Bar #155689)
Miwon Yi (CA Bar #159649)

Involuntary Inactive Enrollment:
Karen Barbara Miller (CA Bar #183054)
Steven Joseph Renshaw (CA Bar #132640
Frederick Ray Fletcher (CA Bar #238038)
Evan Francis Hadnot (CA Bar #144986)
Phillip Lawrence Halpern (CA Bar #133370)
Lloyd McKinley Harmon, Jr. (CA Bar #032505)
J. Daniel Holsenback (CA Bar #145640)

Janelle Louise Humphry (CA Bar #236891)
Stephen Edward Hurst (CA Bar #048042)
Susan Kimberly Jamison (CA Bar #131867)
Robert M. Keese (CA Bar #046858)
Robert Paul Khoury (CA Bar #061716)
Frank Lada Kucera (CA Bar #124617)
Michael Thomas Lavin (CA Bar #199423)
Alan Howard Lazar (CA Bar #046308)
Walter Lindstrom, Jr. (CA Bar #128664)
Kevin Kirk Lippert (CA Bar #190639)
David Michael Lisi (CA Bar #154926)
Donald Scott Macrae (CA Bar #104663)
Ayne Baker Majul (CA Bar #123604)
Stuart Keith Mann (CA Bar #204921)
Stephen Albert Mansfield (CA Bar #129666)
Michael Joseph McCabe (CA Bar #054078)
Joseph Charlton McCarthy (CA Bar #268502)
Gerald Andrew McIntyre (CA Bar #181746)
John Owen Meyers III (CA Bar #057799)
William Robert Mitchell (CA Bar #101858)
Rogelio Vergara Morales (CA Bar #270706)
Hermez Moreno (CA Bar #072009)
Daniel Thomas Mosier (CA Bar #128139)
Nancy Lee Murray (CA Bar #101868)
Mario Bruno Muzzi (CA Bar #191867)

Pursuant to Civil Local Rule 83.3(c)(1)(a), only attorneys who are active members in good standing of the State Bar of California may be admitted to and continue membership in the bar of this Court.

Therefore, pursuant to Civil Local Rule 83.5(d), the Court hereby orders the listed attorneys to show cause in writing, within thirty (30) days of the service of this order, why they should not be suspended or disbarred from practicing in this Court. If an attorney opposes the imposition of discipline, his written response must establish one or more of the following:

(i) the procedure in the other jurisdiction was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process;

(ii)   there was such an infirmity of proof establishing the misconduct as to give rise to a clear conviction that the Court should not accept as final the other jurisdiction's conclusion(s) on that subject;

(iii)   imposition of like discipline would result in a grave injustice; or

(iv)   other substantial reasons exist so as to justify not accepting the other jurisdiction's conclusion(s).

CivLR 83.5(d).   In addition, at the time the response is filed, the attorney must produce a certified copy of the entire record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice. Id.

The Clerk of the Court is directed to serve a copy of this order by mail upon each of the listed attorneys at the address indicated in this Court's attorney maintenance records.

**IT IS SO ORDERED**.

Dated: _____9·3·21_____                    _____
                                                                    **Hon. Dana M. Sabraw, Chief Judge**
                                                                    United States District Court